UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DAVE WILLIAMS, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Petitioner, )<br>　vs. 　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>RON RICE, Superintendent, 　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　Respondent. 　　　　　) | No. 1:04-cv-1937-JDT-TAB |

**Entry Concerning Selected Matters**

　　　　The court, having considered the above action and the matters which are pending, makes the following rulings:

　　　　1.　　The petitioner's filing of July 27, 2005, could and now is treated as his notice of appeal from the final Judgment entered on the clerk's docket on June 23, 2005. The clerk shall process the filing of July 27, 2005, in that fashion.

　　　　2.　　The "Petition Request a Motion for a Notice of Appeals" filed by petitioner Williams on September 7, 2005, is **denied as moot.**

　　　　3.　　The court has previously acted on the petitioner's request for a certificate of appealability as to the Judgment entered on the clerk's docket on June 23, 2005. The petitioner has filed a notice of appeal as to that ruling, which was issued on August 18, 2005, and also seeks leave to proceed on appeal *in forma pauperis* with respect to that ruling. The notice of appeal filed on September 13, 2005, has already been processed. Whether the ruling of August 18, 2005, is separately appealable is a question which may be considered by the Court of Appeals. As to the petitioner's request to proceed on appeal *in forma pauperis,* however, the request is **denied** because there is no objectively reasonable argument which the petitioner could present to argue that the ruling of August 18, 2005, was erroneous–nor does his request for leave to proceed on appeal *in forma pauperis* even suggest such an argument. In pursuing an appeal, therefore, the petitioner "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000).

　　　　4.　　Although the foregoing circumstances will result in the opening of two appeals where one would probably suffice, that course of action is now unavoidable.

　　　　**IT IS SO ORDERED.**

Date: 09/19/2005

　　　　　　　　　　　　　　　　　　　　　　　　John Daniel Tinder, Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

**NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.**

Copies to:

Dave Williams
DOC #874461
New Castle Correctional Facility
P.O. Box A
New Castle, IN    47362

James Martin
Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770